ABSTRACT CASES. 659

W. H. Schramm, appellee, v. Walker D. Hines, director general of railroads, appellant.

Action to recover for damages to an automobile struck by a train. Judgment for plaintiff. Appeal from the Circuit Court of Ford county; the Hon. T. M. Harris, Judge, presiding. Heard in this court at the April term, 1920. Reversed with finding of facts. Opinion filed October 27, 1920.

Cloud & Thompson, for appellant; John M. Elliott, of counsel. Schneider & Schneider, for appellee.

Mr. Presiding Justice Waggoner delivered the opinion of the court.

James Calvin Utter for use of Emma Brown, appellant, v. J. Will Snyder, executor of last will of Cornelia H. Jacobs, deceased, appellee.

Garnishee proceedings. Judgment for plaintiff. Appeal from the Circuit Court of Edgar county; the Hon. Walter Brewer, Judge, presiding. Heard in this court at the April term, 1920. Reversed and remanded. Opinion filed October 27, 1920.

Fred Rhoads, for appellant James Calvin Utter. V. V. Rardin, for appellant Emma Brown. Shepherd, Trogdon & Dole, for intervening petitioner Robert N. Parrish, administrator.

Mr. Presiding Justice Waggoner delivered the opinion of the court.

R. L. Gibbs, appellee, v. William D. Rohl, appellant.

Motion to set aside an order dismissing an appeal from a justice of the peace for want of prosecution. Motion denied. Appeal from the Circuit Court of Champaign county; the Hon. Franklin H. Boggs, Judge, presiding. Heard in this court at the April term, 1920. Reversed and remanded. Opinion filed October 27, 1920.

Wilbur R. Wicks, for appellant. No appearance for appellee.

Mr. Presiding Justice Waggoner delivered the opinion of the court.

Frank Meshikis, appellant, v. Springfield Consolidated Railway Company, appellee.

Action to recover for personal injuries caused by collision between a street car and automobile. Judgment for defendant. Appeal from the Circuit Court of Sangamon county; the Hon. E. S. Smith, Judge, presiding. Heard in this court at the April term, 1920. Affirmed. Opinion filed October 27, 1920.

William E. Fain, for appellant. P. B. Warren, A. M. Fitzgerald and H. H. Hartman, for appellee.

Mr. Presiding Justice Waggoner delivered the opinion of the court.